UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:20CR98 HEA |
| | ) |
| JERRY DALE LEECH, D.C., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

**IT IS HEREBY ORDERED** that the sentencing hearing in this matter is set for March 1, 2023, at 11:00 a.m. in the courtroom of the undersigned.

Dated this 21st day of October, 2022.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE