# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 20-CR-98-HEA/JMB |
| | ) |
| JERRY LEECH, D.C, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S AMENDED SIXTH MOTION TO TRAVEL

Comes now Defendant, by his attorney, John D. Stobbs II, and for his Amended Sixth Motion to Travel states:

1. Defendant desires to travel to the Ft. Lauderdale, Florida area, specifically Ft. Lauderdale, Florida Tuesday November 22, 2022 and returning on Sunday November 27, 2022.

2. The undersigned received email communication between Defendant and his pretrial officer who indicated she had no objection to this travel request.

3. The purpose of the trip is for Defendant to take his teenaged daughter to a volleyball camp in the Ft. Lauderdale, Florida area.

4. Defendant will stay at the Trump Hotel located at 551 North Ft. Lauderdale Beach Boulevard located in Ft. Lauderdale, Florida.

5. This Motion amends a previously filed Motion (Doc. 732) to correctly reflect the return date as Sunday November 27, 2022 and not Saturday November 26, 2022.

WHEREFORE, Defendant requests to travel to the Ft. Lauderdale, Florida area, specifically Ft. Lauderdale, Florida from November 22, 2022 and return to St. Louis on November 27, 2022.

                                 JERRY LEECH

                                 STOBBS LAW OFFICES

BY:
                                 /s/John D. Stobbs II
                                 John D. Stobbs II, No. 43052
                                 E.D.Mo. Number 40623
                                 Attorney for Defendant
                                 307 Henry St. Suite 211
                                 Alton, Illinois 62002
                                 Telephone: (618)462-8484
                                 FAX: (618)462-8585
                                 Email: jds2@stobbslaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 26, 2022, a copy of the attached *Defendant's Amended Sixth Motion to Travel* was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

> Ms. Dorothy L. McMurtry
> Assistant U.S. Attorney
> 111 S. 10th Street
> St. Louis, Missouri 63102

      STOBBS LAW OFFICES

      /s/ John D. Stobbs II
      Attorney for Defendant
      307 Henry St. Suite 211
      Alton, Illinois 62002