Patsy Ann Leech

███████████████

East Prairie, MO 63845

8-18-25

The Honorable Judge Henry Autrey
United States District Court

Jerry Dale Leech Jr.

Dear Judge Henry Autrey,

I am writing to you as a 76-year-old mother, humbly asking for your compassion and mercy in considering the sentencing of my only son, Jerry Dale Leech Jr. At 53 years old, he has been my sole caregiver, my emotional support, and a devoted father to his 16-year-old daughter, Lacey, who lost her mother at just five years old. Without him, both she and I would face immense hardship.

My son has accepted responsibility for his mistakes, pleading guilty to conspiracy to commit Medicare fraud. I know he deeply regrets his actions and has spent the last six years doing everything possible to cooperate with the government and make amends. Before this, he was a man of integrity—working since he was 12, earning multiple degrees, serving as class president, and dedicating himself to helping others. He was led astray by poor judgment and the wrong influences, but this does not define his character or his life's work.

Now, more than ever, our family depends on him. Since my husband passed in 1999, my son has been my primary source of financial and physical support. At my age, with my declining health, I cannot manage alone. Worse, Lacey has no one else to care for her—I am too frail to take on that role, and without her father, she would be left vulnerable.

I respectfully ask that you consider his cooperation, his remorse, and his irreplaceable role in our lives when determining his sentence. A chance for him to continue supporting his daughter and me would mean everything. Thank you for your time and understanding.

Sincerely,
Patsy Ann Leech
*Patsy Ann Leech*

Patsy Ann Leech

East Prairie, Missouri 63845

8-18-2025

The Honorable Judge Henry Autrey
United States District Court

Jerry Dale Leech Jr.

Dear Judge Autrey,

I am writing to you as a 76-year-old mother, humbly asking for your compassion and mercy in considering the sentencing of my son, Jerry Dale Leech Jr. At 53 years old, he has been my sole caregiver, my emotional support, and a devoted father to his 16-year-old daughter, Lacey, who lost her mother at just five years old. Without him, both she and I would face immense hardship.

My son has accepted responsibility for his mistakes, pleading guilty to conspiracy to commit medicare fraud. I know he deeply regrets his actions and has spent the last six

years doing everything possible to cooperate with the government and make amends. Before this, he was a man of integrity - working since he was 12, earning multiple degrees, serving as class president, and dedicating himself to helping others. He was led astray by poor judgment and the wrong influences, but this does not define his character or his life's work.

Now, more than ever, our family depends on him. Since my husband passed in 1999, my son has been my primary source of financial and physical support. At my age, with my declining health, I cannot manage alone. Lacey has no one else to care for her - I am too frail to take on that role, and without her father, she would be left vulnerable.

I respectfully ask that you consider his cooperation, his remorse, and his irreplaceable role in our lives when determining his sentence. A chance for him to continue supporting his daughter and me would mean everything. Thank you for your time and understanding.

Sincerely,
Patsy Ann Leech

Jerry,

I don't have the court address, city, state, zip code one re: Sentencing Submission I have your full name case number don't have it.