

Benjamin Dodd
Owner, ShowMe Building and Contracting, LP
███████████████████████
█████████████

August 12, 2025

The Honorable Henry Autrey
United States District Court

Dear Judge Autrey,

I am writing to you on behalf of my dear friend, Dr. Jerry Leech, as he awaits sentencing. I have known Jerry for many years and have witnessed his extraordinary character in his roles as a single father, caregiver, friend, and community leader. I respectfully ask that you consider his profound positive impact on his daughter, his patients, and those around him when determining his sentence.

As a father myself, I can attest that Jerry is an exceptional parent to his daughter. His unwavering dedication to her well-being is evident in every aspect of her life. He attends every volleyball game, supports her team trips, and has guided her to achieve a remarkable 4.0 GPA. Recently, he taught her to drive, helping her earn her license—a milestone that reflects his hands-on involvement. Jerry consistently places his daughter's happiness, education, and success above all else. As a single father, his presence is irreplaceable, and his absence would deeply affect her bright future. Beyond his role as a father, Jerry is a compassionate and skilled doctor whose care has transformed lives, including my own. In 2019, I survived a tragic boat explosion at the Lake of the Ozarks that claimed a friend's life and left me with severe injuries, including broken ankles, severed tendons, nerve damage, and a broken neck. The resulting chronic pain, numbness, and loss of mobility were debilitating. Despite extensive medical treatment, it was Jerry who provided me with relief when others could not. His care alleviated my pain, restored sensation in my arm, and allowed me to sleep peacefully for the first time in years. His ongoing support and follow-up care, which go far beyond what is typical in today's medical field, have been nothing short of life-changing. Jerry's patients rely on his expertise and genuine compassion, and his absence would leave a void in their care.

Jerry's selflessness extends to everyone he meets. I have never seen him act with anything but kindness, respect, and generosity, regardless of a person's background or circumstances. He treats everyone as family, earning the trust and admiration of those around him. To me, he is a brother. To others, he is a role model and leader. Jerry's commitment to personal growth and making amends for any mistakes is evident in his daily efforts to be a better man, doctor, employer, friend, and father. His positive contributions to our community far outweigh any shortcomings, and his absence would cause significant hardship to his daughter, his patients, and countless others who depend on him.

Your Honorable, I understand the weight of the decisions you must make, and I am grateful for your service in this role. I humbly ask that you consider Jerry's exemplary character, his indispensable role as a single father, and his vital contributions as a caregiver and community member when making your decision.  For these reasons, I respectfully request that you allow Dr. Jerry Leech continue being a pillar of support for his daughter, his patients, and our community.

Thank you for taking the time to read this letter and for considering the profound impact Jerry has on so many lives.

Respectfully,
Benjamin Dodd



**Ben Dodd | Owner**