Nathan Causey

Saint Louis MO, 63146

February 7, 2021

The Honorable Judge Henry Autrey

Dear Judge Autrey,

I've known Jerry for many years, and I am honored to call him my friend. Jerry is a very hard worker who is devoted to making his patients healthier and happier in their lives. He is a family man, business owner, friend and much more to so many individuals. The world is just a better place because of Jerry. I am a better person because of Jerry and alive today because of his devotion to his work.

It all started many years ago before Jerry was a chiropractor. I was introduced to Jerry via a mutual friend and was delighted the first time we met. While fixing his computer which he has trusted me with so much over the years I found an individual who was devoted to his family. He was with April at the time who he loved and cared for deeply. He called upon me throughout that very complicated and tough relationship. I saw her struggles and their struggles as a family. My heart was hurt when I found of her passing and what that may do to Laci. I have watched her grow into a young lady and while I know she has been affected by her mother's actions she has the best dad that anyone could ask for in the world. Laci is going to grow up knowing that her father loved her very much and was there for her through thick and thin.

While Jerry was attending Logan University, he had me come in as a patient in order to get some credit towards his degree. This may have been one of the greatest miracles that has ever happened in my life. The first visit Jerry took X-Rays of my back and found an anomaly in my neck area. He had me come back a week later to do an ultrasound and saw a large mass in my neck. He sent me to an ENT for further treatment immediately to make sure I was taken care of promptly. It was determined after some more tests that I had thyroid cancer and I needed a thyroidectomy. It is a privilege to say that I am now cancer free and have been living a normal life ever since this divine intervention.

During my time as an adult, I have had my fair share of issues that are too many to discuss in this letter. With all my troubles there has always been one person I could call for real advice. The same is true when it comes to Jerry and him needing honest feedback. Too many times you get to a point where people will gladly tell you what you want to hear even if it is totally terrible

advice. We both were each other's biggest supporters and harshest critics when necessary. This is what makes a true friendship which is what we have and will have forever.

I understand that Jerry made a mistake and I know from conversing with him that he is sorry for his actions. In reality Jerry is human like the rest of us and made a bad judgement call but I truly believe he will never ever do this again. In the end, Jerry will own up to his actions and I see the growth in him currently by taking action to never let this happen again. He sold that clinic and has moved forward helping his patients in a total new capacity. I see him as one of the most intelligent and caring individuals that I know. There are so many people that depend on Jerry and that number is only going to grow.

I know Jerry to be dependable, responsible, honest and courteous. He is the light of his daughter's eyes and she needs him in her life. Please consider Laci and her need for her father in her life when you determine Jerry's sentence. Everyone makes mistakes in their lives and it is what we do with those mistakes that determine our true character.

Please don't hesitate to call me if you would like to discuss this reference any further.

Sincerely,

*Nathan Causey*

Nathan Causey