The Honorable Judge Henry Autrey

Your Honor,

My name is Jo Lynn David. I am a retired nurse from Glen Carbon, Illinois, and I want to share my experience with Dr. Jerry Leech.

For years I lived with constant knee pain. I tried several doctors and treatments, but nothing gave me more than short-term relief. It was frustrating and exhausting. When I started seeing Jerry, things finally changed. He took the time to really understand what was going on and treated me in a way that made a real difference.

Because of his care, I am now almost completely pain free. I can walk without discomfort, enjoy my retirement, and do the things I love again. I am so thankful for what he's done for me.

Jerry is not just a skilled doctor — he truly cares about his patients. I hate to think of people like me losing access to the help he provides. It would be a loss to the community and to anyone who needs the kind of care he gives.

Jo Lynn David

Retired Nurse

Glen Carbon, IL

August 13, 2025