

# Arise Veteran Foundation

August 15, 2025

The Honorable Judge Henry Autrey

Your Honor,

I am honored to write this "Letter of Support" for my dear friend, colleague and chiropractic physician, Dr. Jerry Leech.  Dr. Leech and I met over 12 years ago, at a time when I was suffering from cluster migraine headaches, or suicide alarm clock headaches that were a result of a Traumatic Brain Injury I experienced in 1979.  As a result of this injury, my career with Airforce Search & Rescue ended.  After twenty years extensive referrals, treatment plans and surgeries, a colleague from Mercy Health suggested that I meet Dr. Leech.  I scheduled a visit and within 30 minutes he suggested a non-traditional plan of care that would eventually reduce my medication dependency by twelve drugs~!  The best news, within four weeks of chiropractic, exercise and natural-pathic intervention's my cluster headaches ended~!  I was able to return to work as a practicing healthcare administrator and serve our veterans through Arise Veteran Foundation.

Currently, I serve as the Chairman of Arise Veteran Foundation, an American Indian Veteran Foundation based out of St. Louis Missouri.  We are nationally known for our Natural Native Ways of Healing and Knowing, with our focus of "Food is A Medicine" and Vocational Employment Programs.  Dr. Leech has served our veterans over the years, often with no reimbursement, but always with genuine care and compassion.  I am not sure who, or what practice will fill a void for our veterans in need of chronic holistic and chiropractic care.

I understand the responsibility of your position, and do not know of all the case details, but I wanted to share my personal and professional experience with Dr. Leech.  I appreciate your consideration in advance and offer my contact information below if necessary.

Sincerely,

*Kendall R. Brune, PhD*

Dr. Kendall R. Brune, PhD, CHP, MBA, LNHA, FACHCA
Chairman
Executive Board Member
Arise Veteran Foundation

███████████████████████

Chesterfield, MO 63017

███████████████████████

████████████

████████████████████, St. Louis, MO 63017

████████