| | |
|---|---|
| **From:** | |
| **Sent:** | Monday, August 18, 2025 3:49 PM |
| **To:** | Zachary Kosters; Teresa Courtois |
| **Subject:** | Fwd: Letter of Reference |

---------- Forwarded message ---------
From: **Paul Birner**
Date: Mon, Aug 18, 2025, 3:47 PM
Subject: Letter of Reference
To: Jerry Leech

The Birner Group

The Honorable Judge Henry Autrey

Your Honor,

My name is Paul Birner and I'm writing you about my dear friend Dr. Jerry Leech. I've known Jerry both personally and professionally for close to 20 years. We met at a social event and have been close friends ever since. In those many years, Jerry has been the type of friend that would drop whatever he was doing to help me in a time of need, no questions asked. Your Honor, I'm 6'9" with scoliosis, and suffer with chronic back pain. Jerry has seen me after hours and weekends to give me adjustments. He's even come to my home to treat me when I couldn't get to his office.

Jerry is also a very loving and caring father, one his 16-year-old daughter greatly depends on. His weekends are mostly consumed with her sporting events, whether they're regularly scheduled games or weekend long tournaments. He is very much involved in her schoolwork as well, making sure she gets the highest marks.

In closing Judge Autrey, I humbly ask that you see the selfless man, the involved father and the good friend Jerry Leech is to me and many others.

Respectfully,

Paul Birner

The Birner Group

Best Regards
**Paul Birner**
Owner

1

**The Birner Group – Renewal by Andersen**
St. Louis, Southwest Missouri, Greater Memphis, Southern Louisiana, Greater Arkansas, Central PA
Office: ▮▮▮▮▮▮▮▮   Direct: ▮▮▮▮▮▮▮▮



NOTE: This e-mail (including any attachments) is for the sole use of the intended recipient(s) and may contain information that is confidential and/or protected by legal privilege. Any unauthorized review, use, copy, disclosure or distribution of this e-mail is strictly prohibited. If you are not the intended recipient, please notify Renewal by Andersen immediately and destroy all copies of this e-mail. Renewal by Andersen does not accept any liability for breach of security, error or virus that may result from the transmission of this message.