

LARRY CLENDENIN
███████.
SAINT LOUIS, MO.
63117
6███████
b███████

August 19, 2025

The Honorable Judge Henry Autrey

Your Honor,

I am writing to you on behalf of my friend, Dr. Jerry Leech, whom I have known and worked alongside for many years. During this time, Jerry has proven himself to be not only a gifted chiropractor and healer, but also a man of deep compassion, generosity, and commitment to serving others.

Jerry has personally helped me in moments when I had no health insurance and faced serious medical difficulties. He connected me with care I could afford, checked in on me during my hospitalization at Saint Mary's, and never once asked for anything in return. That is the measure of his character: when someone is in need, Jerry is there with open arms.

During the pandemic, Jerry dedicated his own resources to help others, even hiring me to design packaging for a sanitizer product he planned to give away to the community. While supply chain issues made the original plan impossible, Jerry still spent thousands of dollars of his own money purchasing and distributing sanitizer for free, and he made sure I was compensated fairly for my work. His goal was never profit—it was always people.

Jerry is also a devoted single father. His daughter Lacy has flourished under his care, excelling in academics and sports, and it is clear that she remains his greatest priority. She loves her father deeply and I do worry about her mental state should they be separated during her early high school years. His devotion to her mirrors the same selflessness he shows to friends, colleagues, and the wider community.

Beyond these tangible acts, Jerry has been a source of inspiration in my own creative life. He encouraged me as I began writing and recording music, and he has supported my book and album projects focused on using humor, art, and music to overcome trauma and hardship. He even agreed to be featured in my upcoming project as a way to share his story of resilience with others.

Your Honor, Jerry Leech is a man whose presence strengthens everyone around him. To remove him from his community would not only cause great hardship to his family and friends, but also deprive countless others of the quiet, everyday acts of service that he offers so freely. I respectfully ask that you take into account the kind of man Jerry is—the kind who sacrifices, inspires, and uplifts those around him—as you weigh your decision.

Respectfully,

Larry Clendenin

BackToLife Media Group