Jose R. Ponce Jr.

August 20, 2025

Your Honor,

I am writing this letter on behalf of my friend, Dr. Jerry Leach, whom I have known for the past nine years. During this time, I have witnessed his unwavering commitment to being a good friend, a supportive community member, and a dedicated father. In particular, his involvement with the Hispanic community has been meaningful and sincere — he has consistently shown up for us in ways that matter.

I also write to you from a deeply personal place. I am the child of an incarcerated father, who spent over 17 years behind bars. From the age of thirteen, I watched my mother work two jobs in El Paso, Texas, just to keep us afloat. There were many nights I went without guidance, facing life's challenges alone while my mother exhausted herself to provide. I share this with you not to gain sympathy, but to illustrate a critical truth: the children left behind carry a sentence of their own.

I respectfully ask that you take into consideration the collateral impact sentencing can have on families — especially the children. Dr. Leach has a daughter who still needs her father present in her life, emotionally and physically.

Dr. Leach has complied with every request made of him. He has continued to serve our country and community with humility. While no one is perfect, and mistakes have consequences, I truly believe this experience has already served as a powerful lesson to him. He has acknowledged the weight of his actions and is committed to making amends through service, accountability, and care for those who depend on him.

In light of all this, I ask you to consider a sentence of home confinement for Dr. Leach. This would allow him to remain present for his daughter, continue his community work, and fulfill his obligations while still being held accountable.

Thank you for your time and for considering the full picture of the man before you.

Respectfully,

Jose R. Ponce Jr.