August 15, 2025

To: The Honorable Judge Henry Autrey


Your Honor,

I am writing to express my deep admiration and respect for Dr. Jerry Leech.

My name is Tiffany Albrecht. I am a Registered Nurse, a Licensed Nursing Home Administrator, and currently serve as the Chief Nursing Officer for a large healthcare organization. I have spent the last 20 years working in healthcare, alongside countless physicians, and I can say without hesitation that Dr. Jerry Leech is one of the most compassionate, selfless, and dedicated people I have ever had the privilege of knowing.

Professionally, Dr. Leech is an extraordinary physician. He is highly skilled, deeply knowledgeable, and genuinely committed to every patient he treats. I have referred many patients to him over the years because of my complete trust in his expertise and my confidence in the care he provides. He treats each individual with respect and compassion, giving them not only medical care but also hope, comfort, and dignity. His absence would leave a tremendous gap for those who rely on him for their health and well-being.

On a personal level, Dr. Leech is an equally remarkable man. He is a devoted father raising his daughter on his own after the tragic loss of her mother. He is her anchor, her role model, and her only parent. To remove him from her life at this crucial time would cause her irreparable harm and lasting trauma. Beyond his role as a father, Jerry is a friend who can always be counted on—loyal, dependable, and willing to sacrifice his own time and energy to help others in need.

I fully understand that actions carry consequences, and I respect the process before this Court. However, I ask that you also weigh the extraordinary good Jerry has done and continues to do for his family, his patients, and his community. He is not defined by a single mistake, but by a lifetime of service, compassion, and integrity. The impact of his absence would be felt far beyond himself—it would affect his patients, his community, and most deeply, his daughter.

Your Honor, I respectfully and strongly urge you to consider the man Dr. Jerry Leech truly is: a healer, a father, and a person whose presence makes the lives of those around him better every single day.


Respectfully,

Tiffany Albrecht, RN, LNHA