# SUREGUARD

The Honorable Henry E. Autrey

Re: Sentencing of Dr. Jerry Leech

Your Honor,

I am writing to you on behalf of my dear friend, Dr. Jerry Leech. I have known Jerry for a couple of years, and in that time I have witnessed firsthand the remarkable character, compassion, and selflessness that define his life.

Jerry is one of those rare individuals who consistently gives of himself without ever seeking anything in return. On numerous occasions, both personally and professionally, he has gone out of his way to help me and my wife; whether it be through his medical expertise, his time, or his genuine concern for our well-being. He has been there for us during moments of need, never asking for recognition or repayment.

Beyond my own experiences, I have seen Jerry extend the same kindness and generosity to countless others. He has quietly helped people in moments of crisis, offering his knowledge, resources, and friendship simply because he cares. This is not a pattern of occasional good deeds, it's the way he lives his life.

Jerry is also an extraordinary father. As a single parent, he balances the demands of his professional life with an unwavering dedication to his daughter Lacey. He provides her with love, stability, and guidance, ensuring she has every opportunity to grow into a strong, kind, and responsible young lady.

I understand that the court must weigh justice carefully, but I hope my words convey that Jerry is not defined solely by the circumstances that have brought him before you. He is a man of integrity, compassion, and service. His absence would not only affect his family deeply, but would also be felt by the many people whose lives he quietly touches every day, including my own.

I respectfully ask that you take into account his character, his devotion to his daughter, and the many ways he has contributed positively to others when determining his sentence. I trust in your wisdom and compassion, and I pray that mercy will be shown.

Thank you for considering my request.

Sincerely,
Jake Parrick, President and CEO

Sureguard LLC
Sureguard.us