

The Honorable Judge Henry E. Autrey
United States District Judge
Eastern District of the State of Missouri

Dear Judge Autrey,

I am writing this letter on behalf of my dear friend Dr. Jerry Leech.

Dr. Leech, (Jerry as I refer to him) and I have known each other for several years now and we have become very good friends. We have also been members of similar organizations in St. Louis area that focus on the revitalizations of this great city, due to our mutual network of relationships. During this time, he has proven to be of fine and responsible character.

I do not write this letter haphazardly, as I am fully aware of the issues that surround me writing this, but it is with totally good conscience that I present this to you, as I would like to vouch for his good behavior, surround the case, that he has been associated with.

From a personal level, I would also like to address the fact that, not only is Jerry a good person, but he is also an outstanding and extremely attentive father to his teenage daughter. Something that I believe should

be heavily taken into consideration while deciding how he should be sentenced. In the world we are living in today, with the overwhelming amount of various influences on young people, in my opinion, nothing is more important than keeping good and strong fathers present in the lives of their children, especially during their teenage daughter's impressionable years.

In general Jerry Leech, is known for being a dedicated supporter and a reliable member of the community and the offense attached to him was quite unexpected. As I am to understand, he has been fully cooperative with the agencies attached to this case, as well as with the court. He has done everything that has been asked of him.

Jerry's enthusiasm, during the long time I have known him, has shown me many great works and contributions to society. Being fully aware this current stressful situation, not only on his life, but also his family's and his involvement in this case, I would like to plead for leniency. I believe that incarcerating him for any amount of time would serve absolutely no real purpose.

As a friend I am fully aware of the personal difficulties that this has brought Jerry. In a situation that could very easily send the strongest of individuals off the deep end, he remains a well-mannered and professional gentleman, a reliable and great father and a great friend. I am sure he has learned from his limited involvement in this situation. I have seen his development into more of a cautious and "trust but verify" person and I fail to believe that he would ever be involved in any such situation such as this ever again.

I hope you let this letter add weight to this matter and seriously consider it before passing on any sentencing. Jerry, as he has since this case began, will continue to strive to make amends, and I am sure we will all get to see his good works bring fruitful results to our society, as I believe Dr. Jerry Leech has always done.

Thank you for your consideration.

Sincerely,

John S. Parker, CEO

Medical Testing Services and Consulting