**DAVID NAEGER**

████████████

**ST LOUIS, MO 63139**

████████████████████

August 14, 2025

To The Honorable Judge Henry Autrey

Your Honor,

This letter is regarding my friend, my boss, and my mentor Dr. Jerry Leech.  It's not difficult for me to sum up in a brief paragraph about Jerry and all the things he has done for me and my son in the past 10 years of knowing him.  In short Jerry has brought me to a place in my life right now that I never thought could be possible.

Professionally, I have been in the medical field for 25 years as an EMT, RMA, Medical Biller and Medical Office Manager.  Jerry has always given me the best advice professionally as well as "tough love" throughout working with him and he taught me how to be successful in life as well as ethical and I strive to be like Jerry in every aspect in my life from the way his smile and energy lights up any room he is in, to the compassion he shows towards his patients is second to none.  The mold broke after Jerry.

Personally, 10 years ago, I was at my lowest in my life.  I was depressed, lost, and addicted to pain medication.  Jerry without a doubt is the reason I am clean and sober and in short, Jerry saved my life and has brought me back to a place in this world where I can be the single Father I have always strived to be.  I am proud to call him my best friend and my brother even though we are not related.  Jerry has helped me and has gone above and beyond any friend normally would and I will always hold myself up to a standard that I only could have learned from him because he has been the only person who was able to truly show me what humanity really is.

I know you read many character letters, and I know you must weigh a lot of options in your decision.  Having said that,  I know he is a single Father and his daughter is always his #1

priority and at this early stage in her life with having lost her Mother at an early age, taking him away from her I know will have a negative impact on her and many others including myself so I implore you to let Jerry continue being a positive influence for countless people both professionally and personally.  I promise you that it will be a decision you will not regret making. I am already proof of that.


Respectfully

David Naeger
EMT, RMA