

White Glove Exotic Services

St Louis, MO 63132

August 11, 2025

The Honorable Judge Henry Autrey

Your Honor,

I am writing to you about my friend, Dr. Jerry Leech — someone I have known for over a decade and who has been a constant, steady presence in my life. Over these years, Jerry has been there for me, my family, and even my employees in ways that go far beyond what most people would consider reasonable or expected.

Professionally, Jerry has always been generous with his time and expertise. Through his chiropractic and pain management practice, he has helped me and my staff countless times. On more than one occasion, he's brought a portable chiropractic table into my office so he could treat us when we were hurt or in pain. He never asks for anything in return — he just sees a need and takes action. That is the kind of man he is.

Personally, Jerry is the most dependable friend I have. I love him like a brother. No matter the time, no matter the circumstance, I know I can call and he will drop what he's doing to help. I've never had to wonder if he'd be there for me — he always shows up. He has been a constant source of support through good times and bad, and I can honestly say he's the best friend I've ever had.

Your Honor, I know you must weigh many factors in your decision, but I would be remiss if I didn't tell you plainly: removing Jerry from his family, friends, and community would be a deep personal loss to me and to many others who depend on him. His absence would not just be felt — it would be a real detriment to the people he helps and cares for every day.

I respectfully ask that you consider the man Jerry is to those of us who know him well, and the positive role he plays in so many lives, as you make your decision.

Respectfully,

Alex David

White Glove Services