# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 20-CR-98-HEA/JMB |
| | ) |
| JERRY LEECH, D.C, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S NOTICE OF FILING PHOTOS

Comes now Defendant, by his attorney, John D. Stobbs II, and hereby files the attached photos.

JERRY LEECH

STOBBS LAW OFFICES

BY: /s/John D. Stobbs II
John D. Stobbs II, No. 43052
E.D.Mo. Number 40623
Attorney for Defendant
307 Henry St. Suite 211
Alton, Illinois 62002
Telephone: (618)462-8484
FAX: (618)462-8585
Email: jds2@stobbslaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on January 2, 2026, a copy of the attached *Notice Of Filing Photos* was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Ms. Amy Sestric
Assistant U.S. Attorney
111 S. 10th Street
St. Louis, Missouri 63102


STOBBS LAW OFFICES

/s/ John D. Stobbs II
Attorney for Defendant
307 Henry St. Suite 211
Alton, Illinois 62002