**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 20-CR-98-HEA/JMB |
| | ) |
| JERRY LEECH, D.C, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO WITHDRAW**

Comes now attorney, John D. Stobbs II, and hereby requests leave to withdraw as attorney for Defendant and in support thereof states:

1.  In an email sent by Defendant on January 6, 2026 at 10:00 p.m., Defendant indicated he had retained a new "lead" counsel who would enter his appearance on behalf of Defendant later this date.

2.  Defendant set out parameters for the undersigned to continue representing Defendant, and indicated "[I]f the role outlined above is unacceptable, advise promptly so that withdrawal and transition can occur without delay."

3.  Attorney Joe Passanese will continue to represent Defendant and remains attorney of record.

4.  There remains pending before the Court, a Motion To Continue January 15, 2025 Sentencing.

WHEREFORE, the undersigned requests leave to withdraw as attorney for Defendant.

JERRY LEECH

STOBBS LAW OFFICES

BY:

/s/John D. Stobbs II
John D. Stobbs II, No. 43052
Attorney For Defendant
E.D.Mo. Number 40623
307 Henry St. Suite 211
Alton, Illinois 62002
Telephone: (618)462-8484
FAX (618)462-8585
Email: jds2@stobbslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2026, a copy of the attached *Motion To Withdraw* was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Ms. Amy Sestric
Assistant U.S. Attorney
111 S. 10th Street
St. Louis, Missouri 63102

STOBBS LAW OFFICES

/s/ John D. Stobbs II
Attorney for Defendant
307 Henry St. Suite 211
Alton, Illinois 62002