IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) Case No. 4:20-cr-00098 |
| JERRY LEECH, | ) |
| Defendant, | ) |

## MOTION TO SEAL

COMES NOW defendant, Jerry Leech, by and through Counsel, Joseph S. Passanise, Thomas D. Carver, and James R. Hayes of WAMPLER & PASSANISE and request the Defendant's Sentencing Memorandum (#1370) and all Exhibits (#1-#13) be filed under seal and accessible to only the Court and Counsel assigned to this matter and for such other and further relief as the Court deems just and proper.

Respectfully Submitted

　　　/s/Joseph S. Passanise　　
JOSEPH S. PASSANISE, MO Bar #46119
THOMAS D. CARVER, MO Bar #23319
JAMES R. HAYES, MO Bar #61213
Attorneys for Defendant

WAMPLER & PASSANISE
Attorney at Law
2974 E. Battlefield
Springfield, MO 65804
joe@deewampler.com
tom@deewampler.com
james@deewampler.com
PH: (417)882-9300
FAX: (417)882-9310

1

## Certificate of Service

      I hereby certify that on the 27th day of January 2026. I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to U.S. Attorney, Springfield, Missouri.

                                                                    /s/Joseph S. Passanise  
                                                          Joseph S. Passanise  
                                                          Thomas D. Carver  
                                                          James R. Hayes  
                                                          Attorneys at Law