# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| vs. | ) Case NO. 4:20-CR-00098-HEA |
| | ) |
| JERRY DALE LEECH, | ) |
| | ) |
|     *Defendant* | ) |

## **MOTION FOR CONTINUANCE**

COMES NOW Defendant, by and through counsel, and requests a continuance of the sentencing hearing currently scheduled for March 10, 2026. In support of this Motion, Defendant states as follows:

1. Undersigned counsel entered his appearance on January 7, 2026.

2. This matter was continued on that same date to the current setting of March 10, 2026. However, the Court granted a Motion filed by previous counsel.

3. Undersigned counsel has begun the process of reviewing the five-years of filings and other material related to this case.

4. Undersigned counsel requires additional time to prepare for sentencing.

5. Undersigned counsel is also a member of the Criminal Justice Act Panel and was recently appointed to a matter currently set for trial on the same date as this sentencing. While that Court is willing to accommodate counsel's previous obligation, it is another basis for this request.

6. Undersigned counsel contacted the Government about this request.  The Government does not object to a "brief continuance" for the purpose of addressing the conflict discussed in paragraph 5.  However, the Government does object to the request for a 45 day continuance.

7. Undersigned counsel requests a continuance of 45 days from March 10 in order to adequately become familiar with the case and prepare for sentencing.

8. Defendant has been out-of-custody and on supervision for the entirety of this case and, as far as counsel is aware, has had no issue with his Conditions of Release.  A short continuance would not defeat any interests of Justice and this request is not made to vex the court.

For the reasons set forth above, Defendant and counsel request this Court grant this Motion and continue the March 10, 2026 sentencing date to April 24, 2026 (45 days later) or a date around that time that pleases the Court.

Respectfully submitted,

/s/ Andrew Russek

Andrew Russek MO72101
COMBS WATERKOTTE
231 S. Bemiston Ave., Ste. 1100
Clayton, MO 63105
(314) 900-4357 (Office)
ar@combswaterkotte.com