# UNITED STATES DISTRICT COURT
# for the
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| <u>UNITED STATES OF AMERICA</u> | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) Case NO. 4:20-CR-0098-HEA |
| | ) |
| <u>JERRY LEECH,</u> | ) |
| | ) |
| *Defendant* | ) |

## MOTION FOR LEAVE TO TRAVEL

COMES NOW Defendant, by and through counsel, and requests this Court grant Defendant permission to travel to the State of Florida of the purpose of attending his daughter's volleyball camp. In support of this Motion, Defendant states as follows:

1. Defendant is requesting permission to travel to Florida on March 15 and return on March 22, 2026.

2. Specifically, Defendant will be staying at the Senesta E S Suites in Fort Lauderdale Florida, 33324 located at 410 Pine Island Road.

3. Defendant's daughter's mother is deceased and Defendant is the sole provider for his 16-year old daughter.

4. Defendant has been permitted to travel out-of-state in the past during the pendency of this case with no issues.

5. Defense counsel has spoken to the Government about this request and the Government raises no objection so long as Pre-Trial Services raises no objection.

6. Defense counsel has spoken to Defendant's pre-trial officer with Pre-Trial Services who raises no objection or concern.

7. This request is made in good faith and is not an attempt to vex the Court.

For the reasons set forth above, Defendant requests permission to travel on the above-based itinerary.

Respectfully submitted,

/s/ Andrew Russek

Andrew Russek MO72101
COMBS WATERKOTTE
231 S. Bemiston Ave., Ste. 1100
Clayton, MO 63105
(314) 900-4357 (Office)
ar@combswaterkotte.com