UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 4:20-CR-00098 |
| | ) | |
| v. | ) | |
| | ) | |
| JERRY DALE LEECH, | ) | |
| | ) | |
| Defendant. | ) | |

## UNITED STATES' MOTION FOR REVOCATION OF RELEASE

Comes now the United States of America, by and through the undersigned counsel, and moves for revocation of defendant Jerry Leech's release pursuant to 18 U.S.C. § 3148:

1.      On February 2, 2021, defendant Jerry Leech ("Leech") pled guilty to one count of conspiracy in violation of 18 U.S.C. § 371; one count of obtaining controlled substances by fraud, deception, or subterfuge in violation of 21 U.S.C. § 843(a)(3); one count of soliciting and receiving illegal kickbacks for referrals in violation of 42 U.S.C. § 1320a-7b(b)(1)(B); and one count of health care fraud in violation of 18 U.S.C. § 1347(a)(2).

2.      Leech has been on bond since his initial appearance on February 18, 2020.

3.      On March 17, 2026, the Court ordered a warrant to be issued for Leech's arrest and a bond revocation hearing to be held to determine if Leech is in violation of the conditions of his release.  The warrant was based on citations Leech received on March 14, 2026 for driving while intoxicated and speeding 31 to 35 miles per hour over the speed limit, as well as prior violations, such as testing positive for cocaine and submitting a diluted urine sample.

4.       Pretrial Services has advised the United States that in or about January 2026, Leech told his supervising officer that he was only taking blood pressure medications, and that he had been "off" controlled substances for about a year.

5.       However, based on data from Missouri's Prescription Drug Monitoring Program ("PDMP"), the United States is aware that Leech has been receiving controlled substance prescriptions consistently—nearly every month—since at least as early as April 2023.  The prescriptions that Leech has been regularly receiving are for dextroamphetamine-amphetamine tablets (an amphetamine also known as Adderall) and alprazolam (a benzodiazepine also known as Xanax).  Leech has also received intermittent prescriptions for other substances, such as the narcotic hydrocodone-acetaminophen tablets (an opiate also known as Norco).

6.       Due to Leech's dishonesty with his Pretrial Services officer in connection with his procurement of controlled substances, the Government seeks revocation of Leech's release. Particularly in view of Leech's arrest on March 14, 2026 for driving while under the influence, his dishonesty regarding his use of controlled substances is particularly concerning, and demonstrates that Leech poses a danger to the community and is unlikely to abide by conditions of release.

WHEREFORE, the United States respectfully requests that the Court revoke Jerry Leech's release pursuant to 18 U.S.C. § 3148.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

*/s/ Amy E. Sestric*
Amy E. Sestric, #66219MO
Assistant United States Attorney
111 S. 10th Street, 20th Floor
St. Louis, Missouri 63102
amy.sestric@usdoj.gov
(314) 539-7720

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 24, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties and counsel of record.


 */s/ Amy E. Sestric*
AMY E. SESTRIC, #66219MO