**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 20-CR-98-HEA/JMB |
| | ) |
| JERRY LEECH, D.C, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO CONTINUE**
**APRIL 2, 2026 SENTENCING BY TWO WEEKS**

Comes now Defendant, by his attorney, John D. Stobbs II, and for his Motion To Continue April 2, 2026 Sentencing By Two Weeks states:

1.  The undersigned re-entered his appearance as lead attorney for Defendant earlier this day.

2.  The undersigned has a Suppression Hearing before the Honorable Joe Dueker, *U.S.A. v. Watkins,* at 10:00 a.m. and a Change of Plea before Chief U.S. District Judge Stephen Clark, *U.S.A. v. Handson* at 1:00 p.m.

3.  Due to the undersigned's previous involvement in this case, he would have been ready for April 2, 2026, but cannot move the above 2 cases at this time.

4.  The undersigned and Government will use the 2 weeks to ensure that all forfeitable property is properly signed over to the Government.

5.  The undersigned is unavailable  on Friday April 17, 2026 because he will be attending the White House Jesuit Retreat.

6.  The Government does not oppose a 2 week continuance.

WHEREFORE, Defendant requests that his April 2, 2026 Sentencing be continued to the week of April 13, 2026.

1

JERRY LEECH

STOBBS LAW OFFICES

BY:

/s/John D. Stobbs II
John D. Stobbs II, No. 43052
E.D.Mo. Number 40623
307 Henry St. Suite 211
Alton, Illinois 62002
Telephone: (618)462-8484
Email: jds2@stobbslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2026, a copy of the attached *Defendant's Motion To Continue April 2, 2026 Sentencing By Two Weeks* was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Ms. Amy Sestric
Assistant U.S. Attorney
111 S. 10th Street
St. Louis, Missouri 63102

STOBBS LAW OFFICES

/s/ John D. Stobbs II
Attorney for Defendant
307 Henry St. Suite 211
Alton, Illinois 62002