# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 20-CR-98-HEA/JMB |
| | ) |
| JERRY LEECH, D.C, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S ACCEPTANCE OF
## PRESENTENCE INVESTIGATION REPORT

Comes now Defendant, by his attorney, John D. Stobbs II, and hereby notifies the Court, Government and probation office that he has received and reviewed the well written Presentence Investigation Report and has no objections thereto.

JERRY LEECH

STOBBS LAW OFFICES

BY:

/s/John D. Stobbs II
John D. Stobbs II, No. 43052
E.D.Mo. Number 40623
Attorney for Defendant
307 Henry St. Suite 211
Alton, Illinois 62002
Telephone: (618)462-8484
FAX: (618)462-8585
Email: jds2@stobbslaw.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2026, a copy of the attached *Defendant's Acceptance of PSR* was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Ms. Amy Sestric
Assistant U.S. Attorney
111 S. 10th Street
St. Louis, Missouri 63102

STOBBS LAW OFFICES

/s/ John D. Stobbs II
Attorney for Defendant
307 Henry St. Suite 211
Alton, Illinois 62002