**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 20-CR-98-HEA/JMB |
| | ) |
| JERRY LEECH, D.C, | ) |
| | ) |
| Defendant. | ) |

## <u>DEFENDANT'S SENTENCING MEMORANDUM SUPPLEMENT</u>

### *Introduction*

From the time the undersigned withdrew as Jerry Leech's attorney in early January until now, the case has become a three ring circus closely resembling an episode of the Jerry Springer Show.  In these 3 short months, the case has supplied an endless source of material including tragically stupid decisions, a charlatan providing legal advice and a crazy DWI arrest.

### *Snatching Defeat From Victory*

On January 15, 2026 Jerry was scheduled to receive the best gift of his life; a fair sentence for years of fraud and corruption.  It was the best sentence the undersigned had ever negotiated.  Jerry would have been able to rebuild his life quickly, return to being a productive member of society, help his Mom in her dotage and most importantly enjoy time with his daughter Lacy as she left home and went to college.

Now, Jerry is looking at an Advisory Guideline Sentence of about 9 years.  If sentenced to 9 years, by the time he is released, Jerry's Mom will probably have died and his daughter will have graduated college and begun building a life without him.

Why would a smart man make such a colossally stupid decision?  Like any Defendant who appears before the Court, Jerry was afraid to go to prison.  There is also a certain arrogance that comes with rejecting the deal of a lifetime.  Here Jerry assumed

1

someone could do better. As the undersigned's Mom once said, "stupidity whispers, but arrogance grabs a microphone and turns up the volume."

### *The Charlatan Lawyer*



Every Circus has a clown car, and the driver of the "Leech Clown Car" is  federal felon/fraudster Joel Monteiro who today goes by the snazzier and  slicker name "Jamison Stirling." This is Monteiro, piloting the "Leech Clown Car" into the abyss.  What Monteiro did to Jerry is offensive.

The undersigned and co-counsel Joe Passannese became close friends during their joint representation of Jerry.  They bonded as colleagues with fierce and protective Italian Moms.  Due to the age of the case, they came to know and understand Jerry in a way few lawyers understand their clients.  In September or October of 2025, the undersigned began to be "siloed" out of Jerry's inner circle because of his insistence that it would be impossible for Jerry to receive a deal better than that which was already negotiated.

The siloing occurred about the time that Jerry began listening to snake oil salesman Monteiro, who held himself out to be an attorney.[1] Monteiro never divulged to Jerry, or anyone on Jerry's team, that he is a felon convicted multiple times of fraud in federal court. Monteiro didn't have a Bar number;  he had a BOP registration number.  Monteiro held himself out to be a lawyer and thrived on being taken seriously, which is every jailhouse lawyer's dream.  Allowing a jailhouse lawyer like Monteiro to give an opinion on anything legal is like handing a machine gun to a monkey.

Monteiro single handedly convinced Jerry to reject the negotiated agreement and to have a contested sentencing.  Charlatan Monteiro convinced Jerry that probation was a slam dunk and that the undersigned needed to be replaced. The arrogance of Monteiro is astounding.  His arrogance is akin to someone who is too ignorant to realize how ignorant they are—but too confident to ever find out.

---

[1] It is shocking that Monteiro had the temerity to sit at counsel table during Jerry's hearing on revocation of pre-trial release.  Perhaps Monteiro wanted to see what it was like to sit at counsel table without handcuffs, a prison jumper, prison shoes and seated in a chair that was not bolted to the ground.

During the raid of Jerry's business a few weeks ago, Monteiro was briefly detained by the FBI. This must have been déjà vu for Monteiro.  Monteiro heard the familiar click of the handcuffs before he felt their cold steel against his skin. From the dozens of times that Monteiro had previously been placed in cuffs, muscle memory kicked in. Monteiro immediately flexed his wrists and pulled his arms wide to get an extra millimeter of space to ease the pain that being handcuffed can cause. Heeding his own jailhouse lawyer advice, Monteiro said nothing.

As recently as last evening, Monteiro had a telephone conversation with Jerry where for the tidy sum of $250,000 Monteiro offered to act as a middleman and arrange a pardon for Jerry.  Monteiro promised that Donald Trump would sign the pardon papers within 2 weeks!!![2]  In order for this miracle to take place, all Jerry had to do was sign some luxury cars over to Monteiro who as the middleman would ensure that the Florida pardon attorney would be paid and bada bada bang, Jerry's on the streets with a full Presidential Pardon a little after Easter.

If Monteiro is the clown driving the clown car, Jerry is the willing assistant filling it with gas and air.  Jerry sought someone, who for a price, would tell him what he wanted to hear.  Regardless, Monteiro single handedly cost Jerry years behind bars, which is both cruel and sad.

### Crazy DWI Arrest

Jerry will never live down the mugshot, highlighted by a prominent crucifix, of his DWI arrest which was the basis of his pre-trial release being revoked.

Nor will he live down a 52 year old man cavorting with a carload of 23 year old women, allegedly drunk, while driving a Lamborghini 92 mph.  Relying again on one of his Mom's maternal insights, "love comes in all ways Honey, and you shouldn't judge a book by its cover." But, it would be impossible for a Pulitzer Prize author to create a better story. The optics of Jerry's arrest couldn't be worse.

---

[2] The undersigned does not want to pillory Monteiro's intelligence regarding this phone call.  One hopes that Monteiro was of the belief that since he held himself out as an attorney, that the call was made on the attorney line, and therefore not subject to monitoring.  Otherwise, as Monteiro knows firsthand from the years he spent incarcerated, "jailhouse 101" is to not say anything conceivably incriminating on a recorded jail line.

3

### *3553 Factors*

Lost in all of this noise is Jerry.  The sensational part of the case casts a pall over everything else.  The 3553 factors are still vibrant and need to be taken into consideration when deciding what sentence is appropriate for Jerry.  The Advisory Guideline sentence is simply too high and a considerable variance is warranted.

Right now, Jerry is in a local county jail and not surprisingly is depressed, sad and angry.  Jerry's angry that he didn't see through Monteiro.  He's angry that he ignored what the undersigned and Joe Passannese told him.  Jerry's angry that he didn't heed the warnings of Dorothy MacMurtry or Amy Sestric.  He's angry he put money and baubles over his own freedom.

But really, Jerry's most angry that because of his stupid and arrogant decision to reject a once in a lifetime offer, and listening to a felon who held himself out as an attorney, he will be away from his Mom and daughter longer than what he should be.  Jerry has survived everything life has thrown at him from a hard childhood to becoming a widower and raising a wonderful daughter alone.  The core of Jerry Leech has always been that he is a good son and wonderful father.

Jerry's inability or refusal to follow a simple set of guidelines set out by the probation office will have unforeseen consequences.  Because he won't be allowed to self-surrender, wherever Jerry is sent means he will first have to pass through Oklahoma City which is a nightmare for any Defendant, especially a white-collar Defendant like Jerry.

Due to this revocation, Jerry will no longer be first in line for the Bureau of Prisons 500 Hour Residential Drug Abuse Program (RDAP).  Also, the programs established in the First Step Act will be more difficult for Jerry to accumulate, meaning that Jerry will have to serve additional time in the BOP.  There is no doubt that ultimately Jerry is to blame for all of this, but hopefully the Court will see and understand that part of the reason Jerry is being sentenced in April to a longer sentence than would have been imposed in January is because of advice he received from someone not competent to provide that advice.

4

There is a lot of good in Jerry Leech.  A lot of good.  The undersigned has come to know and like Jerry Leech on a personal level and is greatly saddened by this turn of events. The undersigned hoped in January he was wrong about the prospects for a contested sentencing.  The undersigned hoped probation was a reality.  As any lucid person knows though, in these types of cases, probation is never a possibility or a reality.

Sadly, Jerry is now back to having to beg and claw for a variance under 3553 to obtain a sentence, which even with a considerable variance, will still be much greater than what he could have received in January.

JERRY LEECH

STOBBS LAW OFFICES

BY:

/s/John D. Stobbs II
John D. Stobbs II, No. 43052
E.D.Mo. Number 40623
Attorney for Defendant
307 Henry St. Suite 211
Alton, Illinois 62002
Telephone: (618)462-8484
FAX: (618)462-8585
Email: jds2@stobbslaw.com

5

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2026, a copy of the attached *Defendant's Sentencing Memorandum Supplement* was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Ms. Amy Sestric
Assistant U.S. Attorney
111 S. 10th Street
St. Louis, Missouri 63102

STOBBS LAW OFFICES

/s/ John D. Stobbs II
Attorney for Defendant
307 Henry St. Suite 211
Alton, Illinois 62002

6