UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:20CR00098 HEA |
| | ) | |
| JERRY LEECH, D.C., | ) | |
| | ) | |
| Defendant. | ) | |

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, Defendant Jerry Leech, D.C., has pled guilty to Counts 1, 11, 31, and 34 of the Indictment charging the offenses of Conspiracy to Commit Offenses against the United States, in violation of Title 18, United States Code, Section 371; Obtaining Controlled Substance by Fraud, Deception, or Subterfuge, in violation of Title 21, United States Code, Section 843(a)(3); Illegal Kickbacks for Referrals, in violation of Title 42, United States Code, Section 1320a-7b(b)(1)(B); and Health Care Fraud, in violation of Title 18, United States Code, Section 1347;

AND WHEREAS, Defendant and his counsel consent to the entry of this Preliminary Order of Forfeiture;

AND WHEREAS the United States of America, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure, and Title 21, United States Code, Section 853(p), has sought forfeiture of certain additional property as substitute property;

AND WHEREAS, pursuant to the issuance of a money judgment, and by Rule 32.2(e) of the Federal Rules of Criminal Procedure and Title 21, United States Code, Section 853(p), the

United States is entitled to an order forfeiting the below Subject Property as a substitute for the unavailable property to satisfy the balance of said money judgment;

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.      That the following property is hereby forfeited to the United States:

   a. Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, any property, real or personal, which constitutes or is derived from proceeds traceable to the offense of Conspiracy to Commit Offenses against the United States;

   b. Pursuant to Title 21, United States Code, Sections 853, any property constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense of Obtaining Controlled Substance by Fraud, Deception, or Subterfuge; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense; and

   c. Pursuant to Title 18, United States Code, Sections 982(a)(7), any property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of the offenses of Illegal Kickbacks for Referrals or Health Care Fraud.

2.      That a forfeiture money judgment is entered against Defendant and in favor of the United States in the sum of $4,718,561.00, and that Defendant is directed to pay that amount.

3.      That the following Subject Property is declared forfeited:

   a. Approximately $3,600,000.00 in funds from bank account #4008 held in the name of a revocable trust account of Defendant's mother at Busey Bank;

b. Approximately $151,555.88 in funds from bank account #3354 held in the name of SW CS Group at Busey Bank;

c. Approximately $265,130.80 in funds from bank account #6398 held in the name of Marketing & Operation Resources at PNC Bank;

d. Approximately $27,334.82 in funds from bank account #6881 held in the name of SW CS Group at PNC Bank.

4. That Subject Property shall be turned over to the United States to be held, as indicated, in its secure custody and control.

5. That pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States is hereby authorized to conduct any discovery permitted by the Federal Rules of Civil Procedure in order to identify, locate, or dispose of any property subject to forfeiture under this order, including depositions, interrogatories, subpoenas, and requests for production.

6. That this Order will be amended under Federal Rule of Criminal Procedure 32.2(e) in the event that additional specific property warranting forfeiture is identified.

7. That pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure and Defendant's consent, this Order is now final as to Defendant, and shall be made part of the sentence and included in the judgment.

8. That the United States shall publish notice of this Order and send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture as set forth in Federal Rule of Criminal Procedure 32.2(b)(6) and Title 21, United States Code, Section 853(n).

3

9.     That upon adjudication of all third-party interests, this Court shall enter a Final Order of Forfeiture pursuant to Title 21, United States Code, Section 853(n), in which all of the property to which the United States is entitled will be ordered forfeited, to be disposed of according to law.

10.     That this Court shall retain jurisdiction for the purpose of enforcing this Order and permitting amendments hereto as set forth in Federal Rule of Criminal Procedure 32.2.

The Clerk is hereby directed to send copies of this order to all counsel of record and the United States Marshal.

So ordered this _____ day of _____, 2026.

_____
HONORABLE HENRY E. AUTREY
UNITED STATES DISTRICT JUDGE

4