UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:20CR00098 HEA |
| | ) | |
| JERRY LEECH, D.C., | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT MOTION OF THE UNITED STATES
TO AMEND THE PRELIMINARY ORDER OF FORFEITURE**

COMES NOW the United States of America, by and through its attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Justin M. Ladendorf, Assistant United States Attorneys for said District, and with the consent of Defendant Jerry Leech, D.C., by and through his attorney, John D. Stobbs, moves this Court to amend its previously ordered Preliminary Order of Forfeiture in the above-captioned case. In support thereof, the United States sets forth the following:

1.      On February 13, 2020, Defendant Jerry Leech, D.C. was charged in an Indictment with offenses of, *inter alia*, Conspiracy to Commit Offenses against the United States, in violation of Title 18, United States Code, Section 371; Obtaining Controlled Substance by Fraud, Deception, or Subterfuge, in violation of Title 21, United States Code, Section 843(a)(3); Illegal Kickbacks for Referrals, in violation of Title 42, United States Code, Section 1320a-7b(b)(1)(B); and Health

Care Fraud, in violation of Title 18, United States Code, Section 1347. The Indictment also alleged upon conviction of said offenses, that Defendant shall forfeit certain property, including but not limited to a sum of money equal to the total value of any property, real or personal, constituting or derived from proceeds of Defendant's offenses.

2.    On February 2, 2021, Defendant pled guilty to the above-described offenses.

3.    On April 6, 2026, based upon the forfeiture allegation of the Indictment and Defendant's plea of guilty, the United States filed a Consent Motion for a Preliminary Order of Forfeiture, seeking the entry of a forfeiture money judgment and the forfeiture of certain specific assets, which included but was not limited to the following (hereafter, the "Subject Property"):

   a.    Approximately $3,600,000.00 in funds from bank account #4008 held in the name of a revocable trust account of Defendant's mother at Busey Bank;

   b.    Approximately $151,555.88 in funds from bank account #3354 held in the name of SW CS Group at Busey Bank;

   c.    Approximately $265,130.80 in funds from bank account #6398 held in the name of Marketing & Operation Resources at PNC Bank;

   d.    Approximately $27,334.82 in funds from bank account #6881 held in the name of SW CS Group at PNC Bank.

4.    On April 7, 2026, this Court ordered its Preliminary Order of Forfeiture which included the Subject Property. (Doc. No. 1412).

5.    The United States has since agreed not to seek the forfeiture of approximately $50,000.00 in funds from bank account #6398 held in the name of Marketing & Operation Resources at PNC Bank.

6.    Therefore, the United States respectfully withdraws its forfeiture to a portion of the funds ($50,000.00) from account #6398 held in the name of Marketing & Operation Resources at PNC Bank, and request the return of that $50,000.00 (and only that $50,000.00) to Defendant, through his attorney, John D. Stobbs.

7.    Additionally, subsequent to the filing of the Preliminary Order of Forfeiture, it has been determined that the actual amount subject to forfeiture from account #4008 held in the name of a revocable trust account of Defendant's mother at Busey Bankis $3,600,081.00, which is $81 greater than what was originally identified.

8.    Other than the return of the $50,000.00 from account #6398 held in the name of Marketing & Operation Resources at PNC Bank, and correcting the amount subject to forfeiture to approximately $3,600,081.00 in funds from bank account #4008 held in the name of a revocable trust account of Defendant's mother at Busey Bank, the Preliminary Order of Forfeiture remains unchanged.

WHEREFORE, the United States respectfully requests this Honorable Court amend its Preliminary Order of Forfeiture, directing $50,000.00 from account #6398 held in the name of Marketing & Operation Resources at PNC Bank be returned to Defendant, through his attorney, John D. Stobbs, and correcting the amount of funds subject to forfeiture from bank account #4008

held in the name of a revocable trust account of Defendant's mother at Busey Bank to $3,600,081.00.

Dated: April 10, 2026                    Respectfully submitted,

                                         THOMAS C. ALBUS
                                         United States Attorney

                                         /s/ *Justin M. Ladendorf*
                                         JUSTIN M. LADENDORF, #68558(MO)
                                         Assistant United States Attorney
                                         111 South 10th Street, Room 20.333
                                         St. Louis, Missouri 63102
                                         Telephone: (314) 539 2200
                                         Justin.Ladendorf@usdoj.gov