UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA,                )
                                         )
            Plaintiff,                   )
                                         )
                                         )
vs.                                      )    Case No. _CO-CR-98-6_
                                         )
_Leech_                        ,         )
                                         )
                                         )
            Defendant.                   )

## NOTICE OF COMPLIANCE WITH LOCAL RULE 12.07(A)

Comes now counsel for the above-named defendant and, pursuant to Local Rule 12.07, notifies the Court as follows:

☐    A Notice of Appeal will be filed by defense counsel within the time allowed by law.

☐    Defense counsel has explained to defendant his/her right to appeal, defendant has not requested that counsel file a Notice of Appeal, and defendant declines to sign this notice.

☒    Defense counsel has explained to defendant his/her right to appeal, defendant does not wish to file a Notice of Appeal, and defendant has signed below to so indicate.

**(Note:  Defense counsel must check the appropriate box that applies above.)**

_4-15-26_                        _____
Date                             Signature of Attorney

_4-15-26_                        _____
Date                             Signature of Defendant